

**SO ORDERED.**

**SIGNED this 05 day of August, 2010.**

*Stephani W. Humrickhouse*
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

---

3040

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE | ) Case No. 10-05016-8-SWH |
| | ) |
| Eugene R. Osborne | ) Chapter 7 |
| | ) |
| DEBTOR. | ) |
| | ) |
| | ) |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

**THIS MATTER**, coming before the undersigned United States Bankruptcy Judge for the Eastern District of North Carolina, upon the motion by U.S. Bank, National Association, it's Successors and/or Assigns (hereinafter "Movant") for relief from the automatic stay regarding the Debtor's real property located at 6405 Pine Gardens Lane, Fuquay Varina, North Carolina 27526;

That for good cause shown relief from the automatic stay should be granted to Movant, or any successor-in-interest, with respect to the Debtor's real property located at 6405 Pine Gardens Lane, Fuquay Varina, North Carolina 27526;

**WHEREFORE, IT IS HEREBY ORDERED** that Movant, or any successor-in-interest, shall be granted relief from the automatic stay and may proceed with foreclosure of Debtor's real property located at 6405 Pine Gardens Lane, Fuquay Varina, North Carolina 27526;

**IT IS ALSO ORDERED** that Rule 4001(a)(3) of the Bankruptcy Code is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay.

"END OF DOCUMENT"